UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Troy G. Hammer,
    Plaintiff,

V.                                              Case No. 20-CV-202

Christopher Bortz, et al.,
    Defendants.

MOTION FOR RECONSIDERATION
AND OBJECTIONS

    Plaintiff Troy Hammer, proceeding pro se, hereby moves this Honorable Court pursuant to Rule(s) 7(b) and 46, Fed R. Civ. P., for reconsideration of Plaintiff's Motion for an Order (Dkt. 57) and Object to Judge Crocker's order (Dkt. 60). In support of this motion is Hammer's Declaration and the following reasons:

    1. Plaintiff submitted interrogatories to defense counsel for both defendants by "CERTIFIED MAIL" on November 2nd, 2022. (Hammer Decl. ¶¶ 1-6; Ex. 001.)

2. Plaintiff has not received the Defendants' answers to both sets of interrogatories served upon defense counsel on November 2nd, 2022. (Hammer Decl. ¶ 7.)

3. Plaintiff's motion for an order (DKT. 57) was also requesting the Court to order Defendants' to answer the interrogatories attached to that motion. (DKT. 57:2.)

4. Plaintiff has also provided other requests for specific discovery via his mother contacting defense counsel with a phone call sometime between 11/2/22 - 11/9/22. (Hammer Decl. ¶¶ 8-11.)

5. Plaintiff is unable to attach the restricted DAI policies to his Response In Opposition To Defendants' Motion For Summary Judgement for the Court to properly review. (Hammer Decl. ¶¶ 12-13.)

As such, Plaintiff's original motion for an order (DKT. 57) was also requesting the Court to order Defendants to answer the interrogatories (See Hammer Decl. ¶ 3), provide his other discovery requests (See Hammer Decl. ¶ 10), and either provide the restricted policies to him or directly to the Court to properly review as the exhibits they were intended to be (see Hammer Decl. ¶¶ 12-13.) throughout his Response In Opposition to

Defendants' Motion For Summary Judgement.

### OBJECTION

Plaintiff's OBJECTS to Judge Crocker's order based on the foregoing, as well as the fact that it is based on incomplete and/or inaccurate information.

### CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court GRANT this motion in its entirity and without confusion.

Dated this 13th day of November 2022.

Respectfully Submitted,
s/Troy Hammer
Troy G. Hammer
Pro se Plaintiff

Troy G. Hammer #489983
Dodge Correctional Institution
P.O. Box 700
Waupun, WI 53963